UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

HANY ESKALIS,

          Plaintiff,

     -v-                                        ORDER OF DISMISSAL

                                                   CV-02-341(TCP)

MTA,

          Defendant.

--------------------------------------------------------X

      IT IS HEREBY ORDERED, having been advised by the parties at the September 15, 2006 conference  that the above case has settled, the case is dismissed.  A stipulation of settlement should be forwarded to the  Court as promptly as possible.

      IT IS FURTHER ORDERED should the settlement not be consummated the Court will reopen the case upon receipt of letter from counsel so requesting.

      The Clerk of the Court is directed to mark this case closed.


                                               /s/

                                         Thomas C. Platt

                                         U.S. District Judge

Dated: Central Islip, NY

        September 18, 2006